IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CRIMINAL ACTION** |
| **VS.** : | |
| : | **NO: 09-496-08** |
| **DAMION CANALICHIO** : | |

### ORDER

**AND NOW,** on this **7TH** day of **May, 2018,** it is hereby **ORDERED** that Defendant Damion Canalichio's motion to supplement the supplemental brief (ECF #1906) is **GRANTED.**

It is further **ORDERED** that the supplement shall be filed on or before **May 18, 2018.**

**IT IS SO ORDERED.**

                                       s/ Eduardo C. Robreno
                                       **EDUARDO C. ROBRENO, J.**