```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL ACTION |
|  | : NO. 09-00496-08 |
|      v. | : |
|  | : |
| DAMION CANALICHIO | : |

### O R D E R

**AND NOW**, this **28th** day of **March, 2019**, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** as follows:

1. Defendant's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (ECF No. 1806) is **DENIED**.

2. A certificate of appealability **SHALL NOT ISSUE**.

3. The Clerk of Court shall mark this case **CLOSED**.

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**